# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV12-01370 JAK (SHx) | Date | November 15, 2012 |
| Title | Monique Brown v. Time Warner Cable, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On November 14, 2012, Plaintiff filed "Notice of Settlement" (Dkt. 23).  The Court sets an Order to Show Cause re Dismissal for January 7, 2013 at 1:30 p.m.  If the parties file a dismissal by December 31, 2013, the matter will be taken off calendar and no appearance by counsel will be required.

The December 3, 2012 Continued Post Mediation Status Conference, March 18, 2013 Final Pretrial Conference, April 5, 2013 Exhibit Conference, and April 9, 2013 Jury Trial are vacated.

**IT IS SO ORDERED.**

:

Initials of Preparer  ak